IN THE UNITED STATES DISTRICT COURT FOR DISTRICT OF
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

MAGNOLIA BANKSHARES, INC.
and BANK OF EASTMAN d/b/a
MAGNOLIA STATE BANK,

Plaintiffs,

v.

FEDERAL INSURANCE COMPANY,

Defendant.

CIVIL ACTION NO.
CV 312-055

O R D E R

So much of footnote 9 on page 20 of the Court's February 25, 2014, Order denying Defendant's motion for summary judgment (doc. no. 128) which states the phrase "different policy numbers" is hereby **VACATED** and deleted therefrom.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of April, 2014.

UNITED STATES DISTRICT JUDGE